FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2016 SEP 14  PM 2: 05

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Northern Division

MEA HSIATZOU CHANG

CASE NO. RDB-16-2718

    Plaintiff,

vs.

TRANS UNION, LLC

    Defendants.

## MOTION TO VOLUNARILY DISMISS WITHOUT PREJUDICE

Plaintiff respectfully move this Court to dismiss plaintiffs' Complaint for Damages and Demand for Jury Trial pursuant to Fed. R. Civ. P. 41(a)(2). Both parties have agreed to resolve this matter outside of court. The parties agree that no hearing or oral argument is required on this motion.

Dated this 14th day of September, 2016

Respectfully submitted,

*Mea Chg* (signature)

Mea Hsiaotzu Chang
10421 Stevenson Rd #100
Stevenson, MD 21153
(240) 751-0583

## CERTIFICATE OF SERVICE

I, Mea Hsiaotzu Chang hereby certify that on this 14th day of September, 2016 that a copy of this motion was filed with the Clerk of the Court in person at 101 W. Lombard St in Baltimore, Maryland.

In addition, copies were sent postage prepaid, first-class mail to:

1) Trans Union, LLC
   103 Centre Road
   Wilmington, DE 19805


_____
Mea Hsiaotzu Chang

10421 Stevenson Rd #100

Stevenson, MD 21153

(240) 751-0583